IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MICHAEL O'ROURKE, et al.,

Plaintiff,

v.                                      Case No. 22-cv-03848

AMERICAN CHEVROLET, INC.,               Judge Harry D. Leinenweber
                                        Magistrate Heather K. McShain
Defendants.

## AGREED DISMISSAL ORDER

THE COURT, having been advised that all matters in controversy in this case have been compromised and settled as between the parties and having been presented with a copy of the Settlement and Confidentiality Agreement and Release, and further the Court having reviewed the allegations and facts of the case;

IT IS HEREBY ORDERED that, having found the settlement terms to be a fair and reasonable resolution of a bona fide dispute, this matter is dismissed in its entirety, without costs to any party, with prejudice.

_____
Honorable Harry D. Leinenweber
1/18/2023

Kimberly A. Ross
IL ARDC #: 6231248
kross@fordharrison.com
FORDHARRISON LLP
180 North Stetson Avenue, Suite 1660
Chicago, IL 60601
(312) 332-0777 – Telephone
(312) 332-6130 – Facsimile

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211

Telephone: (800) 615-4946
Facsimile: (888) 787-2040